1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| 10 | EDEN FAITH PORT, | Case No.: 2:20-cv-04166-SHK |

| EDEN FAITH PORT, | ) | Case No.: 2:20-cv-04166-SHK |
|---|---|---|
| Plaintiff, | ) | {PROPOSED} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT |
| vs. | ) | ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |
| ANDREW SAUL, Commissioner of Social Security, | ) | AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| Defendant | ) | |

17    Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, Costs, and Expenses:

19    IT IS ORDERED that fees and expenses in the amount of $1,440.63 as

20 authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be

21 awarded subject to the terms of the Stipulation.

22 DATE:   01/22/2021

23

THE HONORABLE SHASHI KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE

-1-

1  Respectfully submitted,

2  LAW OFFICES OF LAWRENCE D. ROHLFING

3     /s/ *Cyrus Safa*
   _____

4  Cyrus Safa
   Attorney for plaintiff Eden Faith Port

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26